IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00578-WYD-BNB

STACEY COHEN,

Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a/ XCEL ENERGY,

Defendant.

_____

## ORDER
_____

This matter arises on **Defendant's Motion for Extension of Time In Which to Conduct Independent Medical Exam and Submit Expert Report** [Doc. # 47, filed 8/29/2013] (the "Motion for Extension").  I held a hearing on the Motion for Extension this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion for Extension [Doc. # 47] is GRANTED; and

(2)     The case schedule is modified to the following extent:

• Deadline to designate rebuttal experts and provide opposing counsel with Fed. R. Civ. P. 26(a)(2) information is extended to and including October 11, 2013, solely to allow the defendant to obtain an Independent Medical Examination, designate the examiner, and make the Rule 26(a)(2) disclosures with respect to the examiner; and

• Discovery cut-off is extended to and including November 14, 2013, solely to allow the plaintiff to depose the defendant's rebuttal independent medical examiner.

Dated September 18, 2013.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge