IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00578-WYD-BNB | Date: November 1, 2013 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| *Parties* | *Attorney(s)* |
|---|---|
| STACEY COHEN **Plaintiff(s)** | *Barry D. Roseman* |
| v. | |
| PUBLIC SERVICE COMPANY OF COLORADO **Defendant(s)** | *Beth A. Doherty Quinn* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:01 a.m.

Appearances of counsel.

Argument given on [57] Plaintiff's Motion to Compel and [62] Plaintiff's Motion for Extension of Discovery Cut-Off Date to Cover Non-Expert Discovery.

For the reasons stated on the record, it is

**ORDERED:** [57] Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART. Granted as to interrogatory number eight (8). Denied as moot without prejudice as to interrogatories numbers nine (9) and ten (10). Denied as to production request number six (6). Granted as to production request number nine (9), but limited to 10 custodians with limited number of search terms.

Plaintiff will provide more specific information as to interrogatories 1 through 7 on or before November 15, 2013. Defendant is to provide supplemental responses by December 9, 2013.

**[62] Plaintiff's Motion for Extension of Discovery Cut-Off Date to Cover Non-Expert Discovery is GRANTED. Discovery deadline extended to November 14, 2013. Request to extended discovery schedule solely to take the deposition of Dr. Martinez is GRANTED to December 20, 2013.**

Court in Recess:  10:05 a.m.   Hearing concluded.     Total time in Court: 01:04

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119