IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00578-WYD-BNB

STACEY COHEN,

Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a/ XCEL ENERGY,

Defendant.

---

**ORDER**

---

This matter arises on the following:

(1) **Plaintiff's Motion to Compel** [Doc. # 57, filed 10/14/2013] (the "Motion to Compel"); and

(2) **Plaintiff's Motion for Extension of Discovery Cut-Off Date to Cover Non-Expert Discovery** [Doc. # 62, filed 10/15/2013] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 57] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED with respect to Interrogatories 1-7 as follows: On or before November 15, 2013, the plaintiff shall provide details concerning the pre-2004 alleged acts of discrimination identified in ¶¶13, 15, 16, 16(h)(iii), 22, 23, and 24(g) of the Second Amended

Complaint. Thereafter, the defendant will provide supplemental responses based on the details provided by the plaintiff;

- GRANTED with respect to Interrogatory 8;

- DENIED as moot with respect to Interrogatories 9-10;

- DENIED with respect to Request for Production 6; and

- GRANTED with respect to Request for Production 9 to require production from no more than ten identified custodians based on reasonable search terms, and DENIED in all other respects;

(2) The defendant shall make supplemental discovery responses consistent with the formalities of the Federal Rules of Civil Procedure and produce responsive documents consistent with this order on or before December 9, 2013; and

(3) The Motion for Extension [Doc. # 62] is GRANTED and the case schedule is modified to the following extent:

- Fact discovery is extended to and including November 14, 2013, to allow the discovery identified in the Motion for Extension to occur; and

- Expert discovery is extended to and including December 20, 2013, solely to allow for the deposition of Dr. Martinez.

Dated November 1, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge