IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-00578-WYD-BNB | Date: January 24, 2014 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| STACEY COHEN **Plaintiff(s)** | *Barry D. Roseman* |
| v. | |
| PUBLIC SERVICE COMPANY OF COLORADO **Defendant(s)** | *Beth A. Doherty Quinn* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:30 a.m.

Appearances of counsel.

Argument given on [87] Plaintiff's Motion to Strike Witnesses Endorsed On or After the Discovery Cut-Off Date.

For the reasons stated on the record, it is

**ORDERED:** [87] Plaintiff's Motion to Strike Witnesses Endorsed On or After the Discovery Cut-Off Date is DENIED. Scheduling Order is amended to extend discovery deadline to March 14, 2014. This extension applies to taking discovery of newly disclosed witnesses. Plaintiff is allowed an additional five (5) fact depositions for a total of twelve (12).

Discussion held regarding Dr. Katai and additional witnesses.

Argument given on [79] Defendant's Motion for Extension of Time to Take Two Hour Deposition of Plaintiff's Economic Expert.

For the reasons stated on the record, it is

**ORDERED:  [79] Defendant's Motion for Extension of Time to Take Two Hour Deposition of Plaintiff's Economic Expert is GRANTED.**

Discussion held regarding expert fees at deposition.

Discussion held regarding email name search and search terms.

Court in Recess:  11:39 a.m.   Hearing concluded.    Total time in Court: 01:09