IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00578-WYD-BNB

STACEY COHEN,

Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a/ XCEL ENERGY,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Plaintiff's Motion to Strike Witnesses Endorsed On or After the Discovery Cut-Off Date** [Doc. # 87, filed 12/19/2013] (the "Motion to Strike"); and

(2)  **Defendant's Motion for Extension of Discovery Period to Take Two Hour Deposition of Plaintiff's Economic Expert** [Doc. # 79, filed 12/5/2013] ("Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion to Strike [Doc. # 87] is DENIED;

(2)  To address any surprise or prejudice resulting from the late disclosure of witnesses, discovery is reopened to and including March 14, 2014, to allow the plaintiff to take discovery concerning the late disclosed witnesses, and the plaintiff may take the depositions of

not more than five of the late disclosed witnesses; and

      (3)      The Motion for Extension [Doc. # 79] is GRANTED. The plaintiff is granted leave to depose Dr. Jane Lillydahl for not more than two hours. The deposition shall be completed on or before March 14, 2014.

      Dated January 24, 2014.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge