IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00578-WYD-BNB

STACEY COHEN,

Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a/ XCEL ENERGY,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record, which are incorporated here. Also pending is the defendant's **Motion to Substitute Revised Exhibit List** [Doc. # 118, filed 4/1/2014] (the "Motion").

IT IS ORDERED:

(1) A supplemental final pretrial conference is set for **June 10, 2014, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(2) The parties shall submit a revised proposed final pretrial order no later than June 3, 2014; and

(3) The Motion [Doc. # 118] is DENIED as moot.

Dated April 1, 2014.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge