IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00578-WYD-BNB | Date: | July 9, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| STACEY COHEN | *Barry D. Roseman* |
| **Plaintiff(s)** | |
| v. | |
| PUBLIC SERVICE COMPANY OF COLORADO | *Beth A. Doherty Quinn*<br>*Meghan W. Martinez* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  2:30 p.m.

Appearance of counsel and plaintiff, Stacey Cohen.

Argument held on [128] Plaintiff's Motion for Sanctions.

For the reasons stated on the record, it is

**ORDERED:  [128] Plaintiff's Motion for Sanctions is DENIED.**

**ORDERED: Defendant's request for attorney's fees is DENIED.**

Court in Recess:  3:39 p.m.    Hearing concluded.    Total time in Court: 01:09