IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00578-WYD-BNB

STACEY COHEN,

     Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Plaintiff's Motion for Leave to File Reply in Support of Objections to Bench Ruling on Plaintiff's Motion for Sanctions (ECF No. 158) is **STRICKEN for failure to comply with my Practice Standards and this Court's Local Rules.**  While this minute order does not address the merits of Plaintiff's motion for leave, I find that the proposed reply exceeds my proscribed page limitations.  Additionally, it is clear that the proposed motion and reply are less than double spaced and appear to be typewritten in a font less than 12-point, which are both violations of this Court's Local Rules. D.C.COLO.LCivR 10.1.

     Dated:  September 5, 2014