IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00578-WYD-BNB

STACEY COHEN,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Amended Reply in Support of Objections to Bench Ruling on Plaintiff's Motion for Sanctions (ECF No. 162) is **GRANTED.**  The Amended Reply (ECF No. 162-1) is accepted for filing.

    Dated:  October 7, 2014