IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00578-WYD-NYW | Date: | August 19, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| STACEY COHEN, | *Barry Douglas Roseman* |
| **Plaintiff,** | |
| v. | |
| PUBLIC SERVICE COMPANY OF COLORADO d/b/a Xcel Energy, | *Beth Ann Doherty Quinn* *Meghan W. Martinez* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  1:32 p.m.

Appearance of counsel. Ms. Cohen appears with Mr. Roseman.

Discussion and argument held on Defendant's Motion to Strike Twelve of Plaintiff's Trial Witnesses [209] filed June 26, 2015.

**ORDERED:  Defendant's Motion to Strike Twelve of Plaintiff's Trial Witnesses [209] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Plaintiff's Motion to Strike Witnesses Listed in Joint Pretrial Order [210] filed June 26, 2015.

**ORDERED:  Plaintiff's Motion to Strike Witnesses Listed in Joint Pretrial Order [210] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Defendant's Motion to Compel Supplementation of Plaintiff's Document Production in Response to Request for Production #21 [212] filed June 26, 2015.

**ORDERED:   Defendant's Motion to Compel Supplementation of Plaintiff's Document Production in Response to Request for Production #21 [212] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Court in Recess:  2:22 p.m.    Hearing concluded.    Total time in Court: 00:50

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.