IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00578-WYD-NYW

STACEY COHEN,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## ORDER

After reviewing the parties' Joint Status Report Regarding Plaintiff's Production of Bank and Credit Card Statements (ECF No. 247) and talking to my law clerk about her conversations with both parties regarding the use of deposition testimony at trial, I order the parties to appear for a status conference on **Wednesday, February 24, 2016 at 1:00 p.m.**  Along with addressing the issues raised in the Joint Status Report, I will clarify with both parties what I will allow to be presented as evidence at the trial set for May 2, 2016.

Counsel for the parties are ordered to refrain from initiating any further communications with my staff.  Furthermore, counsel shall review and comply with all directives set forth in my Practice Standards related to trial preparation.

Dated: February 18, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge