**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   April 12, 2016 |
| E.C.R./Reporter:   Mary George | |

Civil Action No: **13-cv-00578-WYD-NYW**          Counsel:

**STACEY COHEN**,                                            Barry D. Roseman

        Plaintiff,

v.

**PUBLIC SERVICE COMPANY OF**              Beth A. Doherty Quinn
**COLORADO d/b/a Xcel Energy**,                Meghan W. Martinez
                                                                   Elizabeth Imhoff Mabey

        Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE and MOTION HEARING**

**10:03 a.m.**   Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

10:06 a.m.   Discussion regarding jury instructions and verdict form.

**ORDERED:**   Counsel shall meet and confer **Tuesday, April 12, 2016, at 2:00 p.m.** to resolve issues regarding jury instructions.

**ORDERED:**   Counsel shall file revised jury instructions and objections, with a basis for the objections, not later than **Wednesday, April 20, 2016.**

10:18 a.m.   Discussion regarding witness lists and areas to be covered with witnesses.

| | |
|---|---|
| **ORDERED:** | Counsel shall file revised witness lists not later than **Wednesday, April 20, 2016.** |
| 10:25 a.m. | Discussion regarding exhibit lists. |
| **ORDERED:** | Counsel shall file revised exhibit lists not later than **Wednesday, April 20, 2016.** |
| **10:27 a.m.** | Court in Recess |
| **10:47 a.m.** | Court in Session |
| | Court's remarks regarding motions in limine. |
| | Plaintiff's Motion in Limine to Admit Plaintiff's EEOC Charges into Evidence [ECF Doc. No. 257], filed March 18, 2016, is raised for argument. |
| 10:52 a.m. | Argument by Plaintiff by Mr. Roseman. |
| 11:00 a.m. | Argument by Defendant by Ms. Mabey. |
| **ORDERED:** | Plaintiff's Motion in Limine to Admit Plaintiff's EEOC Charges into Evidence [ECF Doc. No. 257], filed March 18, 2016, is **DENIED.** |
| **ORDERED:** | EEOC Charges shall not be brought out in testimony in a way that undermines the Court's ruling. |
| | Defendant's Motion in Limine to Preclude Five of Plaintiff's Trial Witnesses [ECF Doc. No. 258], filed March 18, 2016, is raised for argument. |
| 11:07 a.m. | Argument by Plaintiff by Mr. Roseman. |
| 11:07 a.m. | Argument by Defendant by Ms. Mabey. |
| **ORDERED:** | Defendant's Motion in Limine to Preclude Five of Plaintiff's Trial Witnesses [ECF Doc. No. 258], filed March 18, 2016, is **DEFERRED.** |
| **ORDERED:** | Pamela Ragoschke shall not be mentioned in opening statements. |
| 11:11 a.m. | Discussion regarding schedule of witnesses and the duration of their testimony. |
| 11:14 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thirty (30) minutes per side.** |
| 11:17 a.m. | Discussion regarding back pay, punitive damages, and actual damages. |

| | |
|---|---|
| 11:25 a.m. | Discussion regarding withdrawal of age discrimination claims. |
| **ORDERED:** | Plaintiff shall file notice of withdrawal of age discrimination claim not later than **Wednesday, April 20, 2016.** |
| 11:27 a.m. | Discussion regarding Plaintiff's renewed application for commercial driver's license and obtaining records from the State of Colorado Department of Motor Vehicles. |
| **ORDERED:** | Plaintiff shall provide Defendant with application for commercial driver's license not later than **Wednesday, April 20, 2016.** |
| **11:30 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:07**